PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Dennis M. Cavanaugh |
| Plaintiff, | : | Criminal Action No. 96-353 |
| v. | : | <u>Consent Order</u> |
| Joseph Russo,<br>Defendant. | : | |
| | : | |

WHEREAS, judgment was entered on the 16th day of July, 1997 in an action in the United States District Court, District of New Jersey, between the United States of America, plaintiff, and Joseph Russo, defendant for the sum of $75,000.00. The sum of $89,958.01 ($46,392.00 principal and $43,566.01 interest as of December 14, 2010) is now actually due thereon; and it is

AGREED that there is $15,000.00 in cash having been seized from defendant, Joseph Russo presently being retained by the Federal Bureau of Investigation, North Miami Beach, Florida; it is hereby

AGREED that the funds described above shall be turned over by the Federal Bureau of Investigation to the Clerk, United States District Court, 402 East State Street,

Trenton, New Jersey 08608 in the form of a check as partial satisfaction of defendant, Joseph Russo's financial obligation herein.

I hereby agree to the terms of the within Consent Order.

_____
JOSEPH RUSSO
DEFENDANT

_____
MARK NEJAME
ATTORNEY FOR DEFENDANT

_____
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY

IT IS SO ORDERED this  11  day of  Jan  ,2011

_____
HON. DENNIS M. CAVANAUGH
JUDGE, U.S. DISTRICT COURT